(December 21, 1912.)

WILLIAM S. HEWETT and ARTHUR L. HEWETT, Co-partners Doing Business Under the Firm Name and Style of SECURITY BRIDGE, CO., Respondents, v. CITY OF LEWISTON, Appellant, and F. B. BARTLETT et al., Respondents.

[129 Pac. 1073.]

APPEAL from the District Court of the Second Judicial District for Nez Perce County.   Hon. E. C. Steele, Judge.

Fred E. Butler, for Appellant, files same brief as in *Chamberlain v. City of Lewiston, ante,* p. 154.

E. A. Cox, James E. Babb, and McNamee & Harn, for Respondents.   See authorities cited by same counsel in *Ninneman v. City of Lewiston, ante,* p. 169.

AILSHIE, J.—This is one of the actions for foreclosure of a mechanic's lien referred to in the opinion of *Chamberlain v. City of Lewiston, ante,* p. 154, 129 Pac. 1069, and upon the authority of that case the judgment must be affirmed.

Judgment affirmed and costs awarded in favor of respondents.

Stewart, C. J., and Sullivan, J., concur.